IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Jesse L. Mincey, Jr., and ) | |
| Marilyn Davis Mincey, ) | Case No. 02-03288-BGC-13 |
| ) | |
| Debtors. ) | |
| ) | |
| Jesse L. Mincey, Jr., and ) | |
| Marilyn Davis Mincey, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | A. P. No.: 05-00116-BGC |
| ) | |
| Booker T. Washington ) | |
| Insurance Company, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING SUMMARY
## JUDGMENT FOR DEFENDANT

In conformity with and pursuant to the Memorandum Opinion entered contemporaneously herewith, it is **ORDERED, ADJUDGED AND DECREED** that:

1. The Defendant's <u>Motion to Dismiss, or in the Alternative, for Summary Judgment</u>, to the extent it prays for judgment to be entered in its favor pursuant to Fed.R.Civ.P. 56(c), is **GRANTED**; and

2. Judgment is entered in favor of the defendant and against the plaintiffs.

3. This order is a written opinion for purposes of the E-Government Act, Pub. L. No. 107-347.

Dated: March 2, 2006            /s/Benjamin Cohen
                                BENJAMIN COHEN
                                United States Bankruptcy Judge

BC:sm
cc:   Mr. Nicholas Christian Glenos, Attorney
      Ms. Mary Frances Fallaw, Attorney